# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:06CR5** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DIONISIO T. BROWDER,** | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the Motion to Withdraw [10] filed by Beau G. Finley, counsel for the defendant. For good cause shown, the motion will be granted. Substitute counsel will be appointed by a separate order.

**IT IS ORDERED:**

1. The Motion to Withdraw [10] of Beau G. Finley is granted. The Clerk's Office shall terminate his appearance as counsel and remove his name from further electronic notices.

Dated this 31st day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge