IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:06CR5 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DIONISIO BROWDER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's Motion to Review Detention [20]. The motion is denied without hearing.

The proposed placement of the defendant at Williams Prepared Place in Omaha, Nebraska, fails to adequately address the court's concerns contained in the March 9, 2006 Order of Detention [9]. The proposed placement does not significantly address the defendant's prior criminal history, or his noncompliance with previous court orders, and would not, given his prior record, result in an adequate level of supervision. In reaching this conclusion, I specifically considered the defendant's prior record, that the government had a difficult time locating the defendant on the present charges and that, when located, he attempted to hide to avoid arrest. Additionally, the proposed placement fails to rebut the presumption of detention, 18 U.S.C. § 3142(e).

**IT IS ORDERED:**

1. The defendant's Motion to Review Detention [20] is denied without hearing.

Dated this 13th day of June 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge