IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DIONISIO T. BROWDER,<br><br>               Defendant. | 8:06CR5<br>8:14CR199<br><br>ORDER |

     This matter is before the Court on the motion of Julie B. Hansen and the Office of the Federal Public Defender for the District of Nebraska to withdraw as court appointed counsel for the defendant, Dionisio T. Browder, Filing Nos. 99 and 36. Ms. Hansen represents she has a conflict of interest in this matter. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw, Filing Nos. 99 and 36, is granted.

     THEREFORE, IT IS ORDERED THAT the motion to withdraw, Filing Nos. 99 and 36, is granted. IT IS FURTHERED ORDERED that Mary C. Gryva, 1823 Harney Street, Suite 1011, Omaha, NE 68102, (402) 346-0874, is appointed to represent Dionisio T. Browder for the balance of these proceedings pursuant to the Criminal Justice Act.

     The clerk of court shall provide a copy of this order to Mary C. Gryva.

     Dated this 13th day of May, 2015

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge